IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| **ROBERT J. SYKES** | § § § | |
| V. | § § | A-08-CA-796-AWA |
| **PUBLIC STORAGE, INC.** | § § § | |

## ORDER

Before the Court is Defendant's Motion for Entry of Judgment (Clerk's Doc. No. 44), filed June 29, 2010.

Plaintiff Robert Sykes filed this lawsuit against Defendant Public Storage, alleging claims for conversion, breach of contact, and violations of the Texas Deceptive Trade Practices Act ("DTPA"). On June 21, 2010, the Court called the above-styled cause for trial. After the close of the Plaintiff's case, Defendant moved the Court pursuant to Federal Rule of Civil Procedure 50 to enter judgment for Defendant on all of Plaintiff's claims. The Court granted the motion with regard to the conversion and DTPA claims on the grounds that the statute of limitations had run, but denied the motion in regard to Plaintiff's breach of contract claim. Plaintiff's remaining claim was submitted to the jury on June 22, 2010, and the jury returned its verdict on the same day, answering Question No. 1 "No." Since the jury found no liability against Public Storage, it was not required to answer Question No. 2. Public Storage has now filed its motion for entry of judgment.

Pursuant to the pleadings, evidence, and verdict of the jury, the Court will **GRANT** Public Storage's Motion for Entry of Judgment (Clerk's Doc. No. 44), and a judgment will be entered contemporaneously with this order.

Defendants should file their bill of costs in the form directed by the Local Rules.[1]  Plaintiff may file any objections he has with the Clerk.

IT IS SO ORDERED.

SIGNED this 19th day of July, 2010.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE

---

[1] Available at http://www.txwd.uscourts.gov/forms/docs/district/ao_133.pdf